UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL ROSIN, et al.,

          Plaintiffs,

   v.

ENOVIX CORPORATION, et al.,

          Defendants.

Case No. 23-cv-00372-SI   (SI)

STATISTICAL CLOSING

IT IS HEREBY ORDERED that this case shall be statistically closed as a result of its consolidation with 23-cv-71-SI, *In Re: Enovix Corporation Securities Litigation*.

**IT IS SO ORDERED.**

Dated: January 31, 2025

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California